## HARDISON *v.* THE STATE.

The evidence warranted the verdict, and there was no error in deny-
ing a new trial.                                    *Judgment affirmed*
June 4, 1894.

Indictment for assault with intent to murder.   Before
Judge BUTT.   Chattahoochee superior court.   March
term, 1894.

MILLER, WYNN & MILLER, for plaintiff in error.
S. P. GILBERT, solicitor-general, *contra*.

---

## MITCHELL *v.* THE STATE.

There was no abuse of discretion in denying a new trial on any or all
of the grounds embraced in the motion.        *Judgment affirmed.*
June 4, 1894.

Indictment for murder.   Before Judge GRIGGS (motion
for new trial before Judge HANSELL).   Berrien superior
court.   March term, 1894.

C. M. HITCH and J. A. WILKES, for plaintiff in error.
J. M. TERRELL, attorney-general, and H. B. PEEPLES,
solicitor-general, by HARRISON & PEEPLES, *contra*.

---

